AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |  |
|---|---|---|
| JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ, individually and on behalf of all others similarly situated, | ) ) ) ) ) |  |
| *Plaintiff(s)* | ) ) |  |
| v. | ) ) ) | Civil Action No. |
| J.D. WORKFORCE, INC., MARAV USA LLC d/b/a BINGO WHOLESALE, HAMWATTIE BISSOON, STEVEN DEANE, and DAVID WEISS, | ) ) ) ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   J.D. WORKFORCE, INC.
10460 Lefferts Blvd.
Queens, New York 11419

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine Morales, Esq.
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/27/2023                               /S/ V. BRAHIMI
                                               *Signature of Clerk or Deputy Clerk*