## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: June 27, 2023
Index #   7:23-CV-05382-KMK

*JOSE HUERTA, VINICIO MERA, AND JOSE FLOREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*     Plaintiff

against

*J.D. WORKFORCE, INC., MARAV USA LLC D/B/A BINGO WHOLESALE, ET AL*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ June 29, 2023 ___, at ___ 11:00 AM ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT

on

___ MARAV USA LLC D/B/A BINGO WHOLESALE ___, the Defendant in this action, by delivering to and leaving with ___ Sue Zouky ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this
__29th__ day of June 2023

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
Attny's File No.
Invoice•Work Order # S1894682

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**