STATE OF NEW YORK  COUNTY OF SOUTHERN                              U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 7:23-CV

*Jose Huerta et al*                                    Plaintiff(s)/Petitioner(s)

vs

*J.D. Workforce Inc.*                                  Defendant(s)/Respondent(s)

County of **Rockland**            State of **New York**

**Claire Ryan**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at **Orange County, NY**. On **June 30, 2023** at **2:38 pm** at **c/o Marav USA LLC d/b/a Bingo Wholesale 44 Spring Valley Market Place, Spring Valley, NY 10977**

deponent served a **Summons in a Civil Case and Complaint**

UPON: **Steven Deane**, Defendant
(herein called recipient) therein named.

**INDIVIDUAL** by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** A _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON** [x] by delivering a true copy of each to **Lachme Rkwan** a person of suitable age and discretion. Said premises is recipient's [x] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___
Day ___ Date ___ Time ___   Day ___ Date ___ Time ___

**MAILING COPY** [x] Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [x] place of employment at: **Same as above**
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
Bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns a legal action.
[ ] and within 24 hours of service by First Class and Certified mail receipt # _____

**DESCRIPTION** [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female**   Color of skin **Brown**   Color of hair **Black**   Approx. Age **35**
Approx. Height **5' 0" - 5' 3"**   Approx. weight **140**   Other _____

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** Deponent was able to identify recipient from a photograph.

**MILITARY SERVICE** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not, nor dependent on someone in the military service.

Sworn to before me on this **19th** day of **July, 2023**

Claire Ryan

ALAN MICHAEL NAU
Notary Public, State of New York
No. 01NA6361744
Qualified in Rockland County
Commission Expires July 17, 20**25**

Invoice•Work Order # 9975279