AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| JOSE HUERTA, et al.<br>*Plaintiff*<br>v.<br>J.D. Workforce, Inc, et al<br>*Defendant* | )<br>)<br>) Case No. 7:23-cv-05382-KMK<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Marav USA LLC d/b/a Bingo Wholesale and David Weiss.

Date:   08/15/2023

*Attorney's signature*

Nicholas Fortuna
*Printed name and bar number*

400 Madison Avenue
Suite 10D
NEw York, New York 10017

*Address*

mfortuna@allynfortuna.com
*E-mail address*

(212) 213-8844
*Telephone number*

(212) 213-3318
*FAX number*