# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Katherine Morales<br>Katz Melinger PLLC | o: (212) 460-0047<br>f: (212) 428-6811<br>kymorales@katzmelinger.com |

August 17, 2023

**VIA ECF**
Honorable Kenneth M. Karas
Unites States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

  Re: *Huerta et al v. J.D. Workforce, Inc. et al.*
     **Civil Action No. 7:23-cv-05382**

Your Honor:

  Our office represents the Plaintiffs in the above-captioned matter. We write to provide the Court with a status report as requested by Deputy Clerk Dawn Bordes on August 2, 2023.

  As the Court is aware, the deadline for Defendants to answer or otherwise respond to the complaint has passed. On August 18, 2023, the parties filed a proposed stipulation and order extending defendants Marav USA LLC's and David Weiss' time to respond to the Complaint until September 15, 2023. Dkt. Nos. 17-18. Our office is also in communication with another attorney, Emanuel Kataev, regarding a similar extension of time to respond to the Complaint as to some or all of the remaining defendants in this matter.

  In the event that any defendant fails to appear in this matter by August 28, 2023, Plaintiffs intend to seek certificates of default and move for a default judgment.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                */s/ Katherine Morales*
                Katherine Morales