UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ,
individually and on behalf of all others similarly situated,

                Plaintiffs,

Index No. 7:23-cv-05382-KMK

**STIPULATION TO EXTEND TIME TO ANSWER**

-against-

J.D. WORFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS
                Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs Jose Huerta, Vinicio Mera, and Jose Florez (hereinafter collectively referred to as "Plaintiffs"), and counsel for Defendants Marav USA LLC d/b/a Bingo Wholesale and David Weiss (hereinafter collectively referred to as "Defendants"), that Defendants' time to answer or otherwise respond to the Summons and Complaint in the above-captioned matter has been extended to and including September 15, 2023.

Defendants only waive the affirmative defenses of lack of personal jurisdiction and improper service. No other defenses are waived.

It is further stipulated and agreed that this Stipulation may be signed in counterparts, with facsimile and PDF signatures having the same force and effect as original signatures.

Dated: August 15, 2023

KATZ MELLINGER, PLLC

By: _____
Adam Sackowitz, Esq.
Attorneys for Plaintiffs
370 Lexington Avenue, Suite 1512
New York, New York 10017
Tel: (212) 460-0047

ALLYN & FORTUNA LLP

By: _____
Nicholas Fortuna, Esq.
Attorneys for Defendants
400 Madison Avenue, Suite 10D
New York, New York 10017
Tel: (212) 213-8844

SO ORDERED.

_____
Hon. Kenneth M. Karas
United States District Judge

8/17/2023