UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE HUERTA, VINICO MERA, and JOSE FLOREZ, individually and on behalf of all others similarly situated,

        Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a BINGO WHOLESALE, HAMWATTIE BISSOON, STEVEN DEANE, and DAVID WEISS,

        Defendants.
------------------------------------------------------------------X

**Case No.:** 7:23-cv-5382 (KMK) (AEK)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane in this case.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Lake Success, New York
   August 30, 2023       Respectfully submitted,

              **MILMAN LABUDA LAW GROUP PLLC**

              __/s Emanuel Kataev, Esq._____
              Emanuel Kataev, Esq.
              3000 Marcus Avenue, Suite 3W8
              Lake Success, NY 11042-1073
              (516) 328-8899 (office)
              (516) 303-1395 (direct dial)
              (516) 328-0082 (facsimile)
              emanuel@mllaborlaw.com

              *Attorneys for Defendants*
              *J.D. Workforce, Inc.,*
              *Hamwattie Bissoon,*
              *and Steven Deane*

**VIA ECF**
Katz Melinger PLLC
Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*and Jose Florez*

**VIA ECF**
Allyn & Fortuna LLP
<u>Attn</u>: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*