# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 30, 2023

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Kenneth M. Karas, U.S.D.J.
300 Quarropas Street, Courtroom 521
White Plains, NY 10601-4150

    Re:    **Huerta, *et al.* v. J.D. Workforce, Inc., *et al.***
            **Case No.: 7:23-cv-5382 (KMK) (AEK)**

Dear Judge Karas:

    This office represents the Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane (collectively hereinafter the "Defendants") in the above-referenced case. See ECF Docket Entry 21. Defendants write, with the consent of the Plaintiffs, to respectfully an extension of time, until Monday, September 18, 2023, to respond to the complaint.

    Pursuant to ¶ I(C) of this Court's Individual Rules of Practice, Defendants respectfully submit that: (i) the original deadline to respond the complaint falls on July 20, 2023 or July 21, 2023 pursuant to the docket; (ii-iii) there have been no previous requests for an extension of this deadline; and (iv) opposing counsel consents to this request so long as Defendants waive all defenses related to the service of process, which Defendants agree to. The requested extension is necessary to investigate the allegations made in the complaint so as to form an appropriate response. As such, good cause exists for this Court to exercise its discretion in favor of granting the requested extension. Defendants thank this Court for its time and attention to this case.

Dated: Lake Success, New York
          August 30, 2023

Granted.

So Ordered.
*[signature]*
9/1/23

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*
*J.D. Workforce, Inc.*
*Hamwattie Bissoon,*
*and Steven Deane*

**VIA ECF**
Katz Melinger PLLC
Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*and Jose Florez*

**VIA ECF**
Allyn & Fortuna LLP
Attn: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*