UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ,
individually and on behalf of all others similarly situated,

                          Plaintiffs,

Index No. 7:23-cv-05382-KMK

**RULE 7.1 STATEMENT**

    -against-

J.D. WORFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS
                          Defendants.
-------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants MARAV USA LLC d/b/a BINGO WHOLESALE ("Bingo Wholesale") and DAVID WEISS ("Weiss") (collectively referred to as "Bingo Defendants") by their attorneys, Allyn & Fortuna LLP, declare that Bingo Wholesale has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: September 20, 2023
       New York, New York

                                        ALLYN & FORTUNA LLP

                              By: _____
                                        Nicholas Fortuna
                                        Paula Lopez
                                        *Attorneys for Defendants*
                                        400 Madison Avenue, Suite 10D
                                        New York, New York 10017
                                        (212) 213-8844
                                        (212) 213-3318 (fax)

TO:

**KATZ MELLINGER, PLLC**
Katherine Morales, Esq.
*Attorneys for Plaintiffs*
370 Lexington Avenue, Suite 1512
New York, New York 10017
Tel: (212) 460-0047

**MILMAN LABUDA LAW GROUP, PLLC**
Emanuel Kataev, Esq.
*Attorneys for J.D Worforce, Inc. and*
*Steve Deane, and Hamwattie Bissoon*
3000 Marcus Avenue
Suite 3W8
New Hyde Park, NY 11042
Tel: 516-328-8899