UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ,
individually and on behalf of all others similarly situated,

                                                       Index No. 7:23-cv-05382-KMK

                 Plaintiffs,

                                                       **NOTICE OF APPEARANCE**

       -against-

J.D. WORFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                                             Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Paula Lopez of the law firm Allyn & Fortuna LLP, 400 Madison Avenue, Suite 10D, New York, New York, 10017, hereby appears in the above-captioned action as attorney for defendants MARAV USA LLC d/b/a BINGO WHOLESALE and DAVID WEISS.

Dated: October 10, 2023
       New York, New York                       ALLYN & FORTUNA LLP

                                           By:    /S/
                                                    Paula Lopez (PL-2657)
                                                    *Attorneys for Defendants*
                                                    MARAV USA LLC d/b/a BINGO WHOLESALE and DAVID WEISS.
                                                      400 Madison Avenue, Suite 10D
                                                      New York, New York  10017
                                                      Telephone: (212) 213-8844
                                                      Facsimile: (212) 213-3318
                                                      E-mail: plopez@allynfortuna.com