UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and
ELVIA BORJA, individually and on behalf of all others
similarly situated,

                                        Civil Action No.
                                      7:23-cv-05382-KMK

                    Plaintiffs,

                                   NOTICE OF APPEARANCE

          -against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                    Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled

action on behalf of plaintiffs JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA

BORJA,, and requests that you serve all papers in this action upon the undersigned at the address

stated below.

Dated: New York, New York
       October 18, 2023


                              KATZ MELINGER PLLC

                              By: */s/ Nicole Grunfeld*
                              Nicole Grunfeld
                              370 Lexington Avenue, Suite 1512
                              New York, New York 10017
                              Telephone: (212) 460-0047
                              Facsimile:  (212) 428-6811
                              ndgrunfeld@katzmelinger.com
                              *Attorneys for Plaintiff*