# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

November 13, 2023

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Kenneth M. Karas, U.S.D.J.
300 Quarropas Street, Courtroom 521
White Plains, NY 10601-4150

   *Re:* **Huerta, *et al.* v. J.D. Workforce, Inc., *et al.***
      **Case No.: 7:23-cv-5382 (KMK) (AEK)**

Dear Judge Karas:

  This office represents the Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane (collectively hereinafter the "Defendants") in the above-referenced case.  <u>See</u> ECF Docket Entry 21.  Defendants write, with the consent of all parties, to respectfully an adjournment of the pre-motion conference currently scheduled to proceed on Wednesday, November 15, 2023 because your undersigned will be defending an all-day in-person deposition at his office in an unrelated state court action.

  Pursuant to ¶ I(C) of this Court's Individual Rules of Practice, Defendants respectfully submit that: (i) the original appearance date is referenced in the preceding paragraph; (ii-iii) there have been no previous requests for an adjournment of this conference; and (iv) all other parties consent to this request.  Your undersigned was unable to earlier make this request due to preparation for a hearing before the New York State Industrial Board of Appeals occurring today and being out ill on Friday, November 10, 2023.  As such, good cause and excusable neglect exists for this Court to exercise its discretion in favor of granting the requested adjournment.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).  Defendants thank this Court for its time and attention to this case, and apologize for not earlier submitting this request for an adjournment.

Dated: Lake Success, New York   Respectfully submitted,
   November 13, 2023      **MILMAN LABUDA LAW GROUP PLLC**
                */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                3000 Marcus Avenue, Suite 3W8
                Lake Success, NY 11042-1073
                (516) 328-8899 (office)
                (516) 303-1395 (direct dial)
                (516) 328-0082 (facsimile)
                emanuel@mllaborlaw.com

                *Attorneys for Defendants*
                *J.D. Workforce, Inc.*
                *Hamwattie Bissoon,*
                *and Steven Deane*

**VIA ECF**
Katz Melinger PLLC
Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*Jose Florez, and*
*Elvia Borja*

**VIA ECF**
Allyn & Fortuna LLP
Attn: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*