UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ,
ELVIA BORJA, individually and on behalf of all others
similarly situated,                                    Index No. 7:23-cv-05382-KMK

                                    Plaintiffs,

                                                           **NOTICE OF APPEARANCE**

      -against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                                    Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Han Lin Rong of the law firm Allyn & Fortuna LLP, 400 Madison Avenue, Suite 10D, New York, New York, 10017, hereby appears in the above-captioned action as attorney for defendants MARAV USA LLC d/b/a BINGO WHOLESALE and DAVID WEISS.

Dated: January 11, 2024
       New York, New York                              ALLYN & FORTUNA LLP

                                             By:    /S/ Han Lin Rong
                                                   Han Lin Rong
                                                   *Attorneys for Defendants*
                                                   MARAV USA LLC d/b/a BINGO WHOLESALE and DAVID WEISS.
                                                     400 Madison Avenue, Suite 10D
                                                   New York, New York 10017
                                                   Telephone: (212) 213-8844
                                                   Facsimile: (212) 213-3318
                                                   E-mail: hrong@allynfortuna.com