UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HUERTA, *individually and on behalf of all others similarly situated*, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>J.D. WORKFORCE, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | No. 23-CV-5382 (KMK)<br><br>SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

　　At the Conference held before the Court on January 11, 2024, the Court adopted the following briefing schedule:

　　Defendants shall file their Motion To Dismiss by no later than February 23, 2024. Plaintiffs shall file their response by no later than March 29, 2024. Defendants shall file their reply by no later than April 12, 2024.

　　The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:　January 11, 2024
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　KENNETH M. KARAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge