# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 23, 2024

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Kenneth M. Karas, U.S.D.J.
300 Quarropas Street, Courtroom 521
White Plains, NY 10601-4150

   *Re:* **Huerta,** *et al.* **v. J.D. Workforce, Inc.,** *et al.*
      **Case No.: 7:23-cv-5382 (KMK) (AEK)**

Dear Judge Karas:

  This firm is substituting in as counsel to Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane (collectively hereinafter the "Defendants"), and respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel. The Defendants respectfully request that this Court "so Order" the stipulation.

  In addition, Defendants write to seek an extension of time to submit their motion to dismiss. Pursuant to ¶ 1(C) of this Court's Individual Rules of Practice (the "Individual Rules"), Defendants respectfully submit that:

  (i) the original briefing schedule for Defendants' motion to dismiss was February 23, 2024 for moving papers, March 29, 2024 for Plaintiffs' opposition papers, and April 12, 2024 for Defendants' reply papers;

  (ii-iii) there have been no previous requests for an extension of this briefing schedule; and

  (iv) Plaintiffs consent to the instant requested extension and have proposed the following briefing schedule, which is acceptable to Defendants – March 8, 2024 for moving papers, April 15, 2024 for Plaintiffs' opposition papers, and April 29, 2024 for Defendants' reply papers.

  The reason for the request is because your undersigned needs additional time to secure the file from Milman Labuda Law Group PLLC, the Defendants' predecessor counsel, and due to the travails of opening one's own practice. Further, although this Court's Individual Rules require that requests for an extension of time shall be made at least five (5) business days prior to the scheduled deadline, your undersigned was unable to do so until he received the enclosed executed stipulation of substitution of counsel, which was only received earlier today. Based on the foregoing, Defendants respectfully submit that there exists sufficient good cause and excusable neglect for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

  Defendants thank this Court for its time and attention to this case.

Dated: Lake Success, New York
   February 23, 2024      Respectfully submitted,

                **SAGE LEGAL LLC**
                _/s/ Emanuel Kataev, Esq._
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                _Attorneys for Defendants_
                _J.D. Workforce, Inc.,_
                _Hamwattie Bissoon,_
                _and Steven Deane_

**VIA ECF**
Katz Melinger PLLC
<u>Attn</u>: Katherine Morales & Nicole D. Grunfeld, Esqs.
370 Lexington AvenueSuite 1512
New York, NY 10017-0045
ndgrunfeld@katzmelinger.com
kymorales@katzmelinger.com

_Attorneys for Plaintiffs_
_Jose Huerta,_
_Vinicio Mera,_
_Jose Florez, and_
_Elvia Borja_

**VIA ECF**
Allyn & Fortuna LLP
<u>Attn</u>: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

_Attorneys for Defendants_
_Marav USA LLC d/b/a Bingo Wholesale_
_and David Weiss_