UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE
FLOREZ, ELVIA BORJA, individually and on behalf
of all others similarly situated,

                Plaintiffs,

    -against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                Defendants.
-----------------------------------------------------------X

Case No.: 7:23-cv-5382 (KMK) (AEK)

**STIPULATION OF**
**SUBSTITUTION OF COUNSEL**

      **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane in the above-captioned case and that this substitution be entered into effect without further notice.

      **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
       January 29, 2024

**SAGE LEGAL LLC**

/s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

Dated: Lake Success, New York
       January ____, 2024

**MILMAN LABUDA LAW GROUP PLLC**

By: _____  2/23/24
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: New York, New York        So Ordered:
       January ____, 2024

_____, U.S.____J.

By: _____
     J.D. Workforce, Inc.

By: _____
     Hanwattie Bissoon

By: _____
     Steven Deane

**VIA ECF**
Katz Melinger PLLC
<u>Attn</u>: Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*Jose Florez, and*
*Elvia Borja*

**VIA ECF**
Allyn & Fortuna LLP
<u>Attn</u>: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*

2