UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and
ELVIA BORJA, individually and on behalf of all others
similarly situated,

                            Plaintiffs,

      -against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                            Defendants.
---------------------------------------------------------------------X

Civil Action No.
7:23-cv-05382-KMK

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled action on behalf of plaintiffs JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, and requests that you serve all papers in this action upon the undersigned at the address stated below.

Dated: New York, New York
          February 26, 2024

                                      KATZ MELINGER PLLC

                                      By: */s/ Alexa Salazar*
                                      Alexa Salazar
                                      370 Lexington Avenue, Suite 1512
                                      New York, New York 10017
                                      Telephone: (212) 460-0047
                                      Facsimile:  (212) 428-6811
                                      ansalazar@katzmelinger.com
                                      *Attorneys for Plaintiff*