UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE
FLOREZ, ELVIA BORJA, individually and on behalf
of all others similarly situated,

                Plaintiffs,

Case No.: 7:23-cv-5382 (KMK) (AEK)

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

-against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                Defendants.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND CONSENTED that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane in the above-captioned case and that this substitution be entered into effect without further notice.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

| | |
|---|---|
| Dated: Jamaica, New York<br>January 29, 2024 | Dated: Lake Success, New York<br>January ____, 2024 |
| **SAGE LEGAL LLC** | **MILMAN LABUDA LAW GROUP PLLC** |
| _/s/ Emanuel Kataev, Esq._<br>Emanuel Kataev, Esq.<br>18211 Jamaica Avenue<br>Jamaica, NY 11423-2327<br>(718) 412-2421 (office)<br>(718) 489-4155 (facsimile)<br>(917) 807-7819 (cellular)<br>mail@emanuelkataev.com | By: _____ 2/23/24<br>Jamie Scott Felsen, Esq.<br>3000 Marcus Ave., Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899 (office)<br>(516) 303-1391 (direct dial)<br>(516) 328-0082 (facsimile)<br>jamiefelsen@mllaborlaw.com |

Dated: New York, New York
January ___, 2024

So Ordered:

_____[signature]_____
2/26/24                , U.S. ___ J.

By: _____[signature]_____
J.D. Workforce, Inc.

By: _____[signature]_____
Hamwattie Bissoon

By: _____[signature]_____
Steven Deane

**VIA ECF**
Katz Melinger PLLC
Attn: Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*Jose Florez, and*
*Elvia Borja*

**VIA ECF**
Allyn & Fortuna LLP
Attn: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*