UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE
FLOREZ, ELVIA BORJA, individually and on behalf
of all others similarly situated,

                                 Plaintiffs,

                -against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a
BINGO WHOLESALE, HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                              Defendants.
-----------------------------------------------------------------X

**Case No.:** 7:23-cv-5382 (KMK) (AEK)

<u>**NOTICE OF MOTION**</u>

      **PLEASE TAKE NOTICE,** that pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), upon the accompanying memorandum of law in support, and all the prior papers and proceedings herein, Defendants J.D. Workforce, Inc., Hamwattie Bissoon, and Steven Deane will move this Court, before the Hon. Kenneth M. Karas, U.S.D.J., at the United States District Court for the Southern District of New York, 300 Quarropas Street, Courtroom 521, White Plains, NY 10601-4150, for an Order granting Defendants' motion dismissing Plaintiffs' Amended Complaint for failure to state a claim upon which relief can be granted, or – in the alternative – dismissing all of Plaintiff's claims under federal law and declining to exercise supplemental jurisdiction over Plaintiff's pendent state law claims, and for such other and further relief as the Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE,** that based on this Court's Order dated March 20, 2024, Plaintiffs' opposition papers are due on May 17, 2024 and Defendants' reply papers in further support are due on May 31, 2024.

Dated: Jamaica, New York
       April 5, 2024

**SAGE LEGAL LLC**

__/s/ Emanuel Kataev, Esq.__
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*J.D. Workforce, Inc.,*
*Hamwattie Bissoon,*
*and Steven Deane*

**VIA ECF**
Katz Melinger PLLC
<u>Attn</u>: Katherine Morales, Esq.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
kymorales@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*Jose Florez, and*
*Elvia Borja*

**VIA ECF**
Allyn & Fortuna LLP
<u>Attn</u>: Nicholas Fortuna, Esq.
1010 Avenue of the Americas
Suite 302
New York, NY 10018-0023
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav USA LLC d/b/a Bingo Wholesale*
*and David Weiss*