UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and
ELVIA BORJA,

                                        **Case No.: 7:23-cv-5382 (KMK) (AEK)**

                Plaintiffs,

    -against-                                    **NOTICE OF APPEAL**

J.D. WORKFORCE, INC., MARAV USA, LLC (D/B/A
BINGO WHOLESALE), HAMWATTIE BISSOON,
STEVEN DEANE, and DAVID WEISS,

                Defendants.
------------------------------------------------------------------------X

      Notice is hereby respectfully given that Defendants J.D. Workforce, Inc. and Steven Deane in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Hon. Kenneth M. Karas, U.S.D.J. ("Judge Karas") dated March 3, 2025 in its entirety.

Dated: Jamaica, New York
       April 2, 2025                          Respectfully submitted,

                                                **SAGE LEGAL LLC**

                                                By: */s/ Emanuel Kataev, Esq.*
                                                Emanuel Kataev, Esq.
                                                18211 Jamaica Avenue
                                                Jamaica, NY 11423-2327
                                                (718) 412-2421 (office)
                                                (917) 807-7819 (cellular)
                                                (718) 489-4155 (facsimile)
                                                emanuel@sagelegal.nyc

                                                *Attorneys for Defendants*
                                                *J.D. Workforce Inc., and*
                                                *Steven Deane*

**VIA ECF**
All counsel of record