UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and
ELVIA BORJA,

                              Civil Action No. 7:23-cv-05382

               Plaintiffs,

    -against-                        **NOTICE OF APPEARANCE**

J.D. WORKFORCE, INC., MARAV MONSEY LLC
d/b/a BINGO WHOLESALE, STEVEN DEANE, and
DAVID WEISS,

               Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled action on behalf of plaintiffs Jose Huerta, Vinicio Mera, Jose Florez, and Elvia Borja, and requests that you serve all papers in this action upon the undersigned at the address stated below.

Dated: New York, New York
       April 3, 2025

                                           KATZ MELINGER PLLC

                        By:   */s/ Jarret Bodo*
                               Jarret Bodo
                               370 Lexington Avenue, Suite 1512
                               New York, New York 10017
                               T: (212) 460-0047
                               F: (212) 428-6811
                               jtbodo@katzmelinger.com
                               *Attorneys for Plaintiffs*