UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and
ELVIA BORJA, individually and on behalf of all others
similarly situated,

                      Plaintiffs,

        -against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC
d/b/a BINGO WHOLESALE, STEVEN DEANE, and
DAVID WEISS,

                      Defendants.
-----------------------------------------------------------------X

Civil Action No. 7:23-cv-05382

**WITHDRAWAL OF APPEARANCE**

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE, that Katherine Morales will no longer be associated with Katz Melinger PLLC after April 10, 2025, hereby withdraws her appearance as counsel for Plaintiffs in the referenced action, and respectfully requests her removal from the CM/ECF noticing list and any other service list in this case.

Dated: New York, New York
       April 9, 2025

                                    KATZ MELINGER PLLC

                                    By: */s/ Katherine Morales*
                                    Katherine Morales
                                    370 Lexington Avenue, Suite 1512
                                    New York, New York 10017
                                    Telephone: (212) 460-0047
                                    Facsimile: (212) 428-6811
                                    kymorales@katzmelinger.com
                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
HON. KENNETH M. KARAS U.S.D.J.

4/11/2025