UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HUERTA, VINICO MERA, and JOSE FLOREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.D. WORKFORCE, INC., MARAV USA LLC d/b/a BINGO WHOLESALE, HAMWATTIE BISSOON, STEVEN DEANE, and DAVID WEISS,<br><br>Defendant. | Case No.: 7:23-cv-05382-KMK |

## WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Alexa Nicole Salazar ended her employment with Katz Melinger PLLC in April 2024, and hereby withdraws her appearance as counsel for all Plaintiffs in the referenced action, and respectfully requests that she be removed from the CM/ECF noticing list and any other service list in this case.

Dated: April 14, 2025

**FARUQI & FARUQI, LLP**

By: */s/ Alexa Nicole Salazar*
Alexa Nicole Salazar

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
asalazar@faruqilaw.com

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
4/15/2025

1