UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ,
individually and on behalf of all others similarly situated,

      Index No. 7:23-cv-05382-KMK

      Plaintiffs,

**RULE 7.1 STATEMENT**

    -against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a
BINGO WHOLESALE, STEVEN DEANE, and
DAVID WEISS,

      Defendants.
------------------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendants MARAV MONSEY LLC d/b/a BINGO WHOLESALE ("Bingo Wholesale") and DAVID WEISS ("Weiss") (collectively referred to as "Bingo Defendants") by their attorneys, Allyn & Fortuna LLP, declare that Bingo Wholesale has no parent corporation and no publicly traded corporation owns 10% or more of its stock.

Dated: April 23, 2025
      New York, New York

                            ALLYN & FORTUNA LLP

                  By:    /s/_____
                            Paula Lopez
                            Nicholas Fortuna
                            *Attorneys for Defendants*
                            400 Madison Avenue, Suite 10D
                            New York, New York 10017
                            (212) 213-8844
                            (212) 213-3318 (fax)

TO:

**KATZ MELLINGER, PLLC**
*Attorneys for Plaintiffs*
370 Lexington Avenue, Suite 1512
New York, New York 10017
Tel: (212) 460-0047


**MILMAN LABUDA LAW GROUP, PLLC**
Emanuel Kataev, Esq.
*Attorneys for J.D Workforce, Inc. and*
*Steve Deane, and Hamwattie Bissoon*
3000 Marcus Avenue
Suite 3W8
New Hyde Park, NY 11042
Tel: 516-328-8899