**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand and twenty-five.

Present:
    Beth Robinson,
    Alison J. Nathan,
    Maria Araújo Kahn,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED  1/6/2026

_____

Jose Huerta *et al.*,

    *Plaintiffs-Appellees*,

        v.

J.D. Workforce, Inc.,

    *Defendant-Cross-Claimant-Appellant*,

Steve Deane,

    *Defendant-Appellant*.

**ORDER**

No. 25-810

_____

Defendants-Appellants J.D. Workforce, Inc. and Steve Deane appeal the district court's March 3, 2025 order denying their motion to dismiss Plaintiffs-Appellees' complaint. Plaintiffs-Appellees have moved to dismiss this appeal for lack of appellate jurisdiction, and Defendants-Appellants have not responded to this motion. We conclude that we lack appellate jurisdiction.

MANDATE ISSUED ON 01/06/2026

Our jurisdiction is limited. Lacking certification of an interlocutory appeal by the district court, we only have jurisdiction if the district court's decision was a "final decision[]." 28 U.S.C. § 1291; *see also, id.* § 1292(b). An order denying "a motion to dismiss is normally not considered a final decision within the meaning of" 28 U.S.C. § 1291. *Lawson v. Abrams*, 863 F.2d 260, 262 (2d Cir. 1988). There is no indication on the record before us that the collateral order doctrine recognized in *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949), applies here. The claims on appeal are not "effectively unreviewable on appeal from a final judgment." *In re Terrorist Attacks on September 11, 2001*, 117 F.4th 13, 20 (2d Cir. 2024) (internal quotations omitted).

It is hereby ORDERED that the motion to dismiss is GRANTED and this appeal, docketed at 25-810, is DISMISSED for lack of jurisdiction.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit