KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

o: (212) 460-0047
f: (212) 428-6811
NDGrunfeld@katzmelinger.com

February 16, 2026

**VIA ECF**
Honorable Kenneth M. Karas
Unites States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

**Re**: ***Huerta et al v. J.D. Workforce, Inc. et al.***
**Civil Action No. 7:23-cv-05382**

Your Honor:

Our office represents the Plaintiffs in the above-captioned matter and write jointly with Defendants' counsel to respectfully request that this matter be re-referred for mediation.

On May 7, 2025, the Court ordered the parties to participate in the Southern District's mediation program (Dkt. No. 62). Defendants J.D. Workforce, Inc. and Steve Deane subsequently filed an appeal of Your Honor's March 3, 2025 Opinion and Order denying their Motion to Dismiss. On September 2, 2025, the SDNY mediation office notified the parties that the mediation would be marked closed pending the appeal, and that the parties should request a re-referral should the matter not be fully resolved during the appeal process. Plaintiffs thereafter filed a motion to dismiss the appeal for lack of jurisdiction on November 21, 2025, and the Second Circuit granted the motion and dismissed the appeal on December 16, 2025. The Second Circuit certified the order of dismissal to the SDNY on January 6, 2025, where it was entered on the docket on January 7, 2026 (Dkt. No. 64).

Accordingly, the parties now write to respectfully request that this matter be re-referred for mediation.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Nicole Grunfeld*
Nicole Grunfeld
Counsel for Plaintiffs