# KATZMELINGER

370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

o: (212) 460-0047
f: (212) 428-6811
NDGrunfeld@katzmelinger.com

June 25, 2026

**VIA ECF**
Honorable Kenneth M. Karas
Unites States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

> Re: *Huerta et al v. J.D. Workforce, Inc. et al.*
> Civil Action No. 7:23-cv-05382

Your Honor:

Our office represents Plaintiffs in the above-captioned matter and write to seek a pre-motion conference in anticipation of a motion for default.

On April 10, 2026, Your Honor referred this matter to mediation, and on April 14, 2026 mediator Michael Levy was assigned. Thereafter, we corresponded with Mr. Levy and with counsel for Defendants Marav Monsy, LLC and David Weiss (the "Marav Defendants") in order to schedule the mediation. We and counsel for the Marav Defendants cooperated with Mr. levy in attempting to determine mutually agreeable dates. However, although counsel for Defendants J.D. Workforce, Inc. and Steve Deane (the "JD Defendants") were included on the scheduling correspondence, they failed to reply. We followed up with counsel for the JD Defendants on May 8, 2026; May 18, 2026; May 26, 2026; and June 1, 2026. On June 2, 2026, counsel for the JD Defendants finally replied and advised that the JD Defendants were unresponsive to him, and that he might move to withdraw as counsel.

That same day, June 2, 2026, we advised counsel for the JD Defendants that we would wait one week, until June 9, 2026 to allow him a final opportunity to attempt to reach his clients. On June 9, 2026, we followed up with counsel for the JD Defendants, asking whether he intended to move to withdraw. On June 17, 2026, we followed up again, advising that we would seek court intervention if the JD Defendants did not participate in mediation scheduling or, alternatively, he did not move to withdraw, by June 17, 2026. To date, we have received no response from counsel for the JD Defendants.

Accordingly, we now request a pre-motion conference in anticipation of moving for a default, sanctions, and/or other remedies deemed appropriate by the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ *Nicole Grunfeld*
Nicole Grunfeld
Counsel for Plaintiffs

No conference is necessary.  Plaintiffs may move
for appropriate relief in the next 30 days.  Defense
will be given 30 days to respond to Plaintiffs'
Motion and Plaintiffs will be given 2 weeks to
reply.

So Ordered

7/13/26

2