UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.
-----------------------------------------------------------------------X

**Case No.:** 7:23-cv-05382

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-entitled action on behalf of plaintiffs Jose Huerta, Vinicio Mera, Jose Florez, and Elvia Borja, and requests that you serve all papers in this action upon the undersigned at the address stated below.

Dated: New York, New York
August 12, 2026

By: *<u>/s/ Agnes F. Lopez</u>*
Agnes F. Lopez
KATZ MELINGER PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
T: (212) 460-0047
F: (212) 428-6811
aflopez@katzmelinger.com
*Attorneys for Plaintiffs*