**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

**Case No:** 23-CV-05382 (KMK)

**-PROPOSED- CERTIFICATE OF DEFAULT**

I, _________________________, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the Defendant Steven Deane has not filed an answer or otherwise moved with respect to the Second Amended Complaint herein. The default of Defendant Steven Deane is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
_____________ , 202__

By: ______________________________
CLERK OF COURT