**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

**Case No:** 23-CV-05382 (KMK)

**DECLARATION OF AGNES F. LOPEZ IN SUPPORT OF PLAINTIFFS' REQUEST FOR CERTIFICATES OF DEFAULT**

I, Agnes F. Lopez, pursuant to 28 U.S.C. § 1746, hereby declare the following under penalty of perjury as follows:

1. I am an associate attorney at Katz Melinger PLLC, counsel of record for Plaintiffs in the above-captioned matter, and I am admitted to practice in the State of New York and before this Court. I am familiar with the facts and circumstances of this action.

2. I submit this declaration in support of Plaintiffs' Request for Certificates of Default against Defendants J.D. Workforce, Inc. and Steven Deane.

3. Plaintiffs commenced this action on June 26, 2023 (Dkt. No. 1).

4. The Summons and Complaint were duly served upon Defendant J.D. Workforce, Inc. on June 29, 2023 by serving its authorized agent for service of process pursuant to Rule 4(h) of the Federal Rules of Civil Procedure and NY CPLR § 311 (Dkt. No. 13).

5. Defendant Steven Deane was served on June 30, 2023 pursuant to Rule 4(e) of the Federal Rules of Civil Procedure (Dkt. No. 16).

6. Defendants J.D. Workforce, Inc. and Steven Deane appeared in this action through counsel on August 30, 2023 (Dkt. No. 21).

7. Plaintiffs filed a First Amended Complaint on October 17, 2023 (Dkt. No. 30).

8. Defendants J.D. Workforce, Inc. and Steven Deane moved to dismiss on April 5, 2024 (Dkt. No. 45).

9. By Opinion and Order dated March 3, 2025, the Court denied the motion to dismiss (Dkt. No. 48).

10. On April 2, 2025, Plaintiffs filed a Second Amended Complaint (Dkt. No. 50).

11. On April 3, 2025, Defendants J.D. Workforce, Inc. and Steven Deane filed a notice of appeal from the denial of their motion to dismiss the First Amended Complaint (Dkt. No. 43).

12. Defendants J.D. Workforce, Inc. and Steven Deane have not answered or otherwise responded to the Second Amended Complaint.

13. Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants J.D. Workforce, Inc. and Steven Deane were required to answer or otherwise respond to the Second Amended Complaint within 14 days after notice of the Court's denial of their motion to dismiss. That time has expired, and neither Defendant has answered or otherwise responded to the Second Amended Complaint.

14. Neither Defendant has requested an extension of time to answer or otherwise respond to the Second Amended Complaint.

15. Defendant Steven Deane is neither an infant nor an incompetent person and is not presently in the military service of the United States.

16. Accordingly, Plaintiffs respectfully request that the Clerk enter Certificates of Default against Defendants J.D. Workforce, Inc. and Steven Deane pursuant to Rule 55(a).

Dated: New York, New York
August 12, 2026

Respectfully submitted,

By: */s/ Agnes F. Lopez*

Agnes F. Lopez
KATZ MELINGER PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
aflopez@katzmelinger.com
*Attorneys for Plaintiffs*