KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
WWW.KATZMELINGER.COM

Agnes F. Lopez
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
aflopez@katzmelinger.com

August 12, 2026

**Via ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***Huerta et al v. J.D. Workforce, Inc. et al***
**Civil Action No. 1:23-cv-05382**

Your Honor:

Plaintiffs respectfully request a 30-day extension of the deadline set forth in the Court's July 13, 2026 Order, which permitted Plaintiffs to move for appropriate relief within 30 days. Accordingly, the current deadline is August 12, 2026.

Plaintiffs request the extension to allow them additional time to complete the procedural steps necessary to seek a default judgment as to the two Defendants who have failed to answer the Second Amended Complaint or respond to any filings, including Court orders: J.D. Workforce, Inc. and Defendant Steven Deane. Plaintiffs intend to submit the appropriate requests for Certificates of Default and, once the Certificates of Default are issued, file an Order to Show Cause seeking a default judgment as to liability.

This is Plaintiffs' first request for an extension.

Plaintiffs therefore respectfully request that the Court extend the deadline by 30 days, through September 11, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Agnes F. Lopez*
Agnes F. Lopez

CC: All Parties via ECF