**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

23 Civ. 05382 (KMK)

\- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVE DEANE, and DAVID WEISS,

Defendants.

**CERTIFICATE OF SERVICE**

I, Agnes F. Lopez, affirm that Plaintiffs' Request for Clerk's Certificate of Default, together with the Declaration in Support thereof, upond Defendants' J.D. Workforce, Inc. and Steve Deane have been served electronically via ECF on August 17, 2026, and mailed to the last known address of Defendants:

**J.D. Workforce, Inc.**
10460 Lefferts Blvd.
Queens, NY 11419

**Steve Deane**
44 Spring Valley Market Place
Spring Valley, NY 10977

Dated: New York, New York
August 17, 2026

By: */s/ Agnes F. Lopez*
Agnes F. Lopez