**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVE DEANE, and DAVID WEISS,

Defendants.

23 Civ. 05382 (KMK)

**CLERK'S CERTIFICATE OF DEFAULT**

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 06/26/2023 with the filing of a summons and complaint; a copy of the summons and complaint was served on defendant(s) J.D. WORKFORCE, INC. by personally serving on 06/29/2023*; and proof of service was therefore filed* on 07/05/2023, *Doc. #(s)* 13. Defendant J.D. WORKFORCE, INC. appeared in this action through counsel on 08/30/2023 *Doc. #(s)* 21. Plaintiff filed a Second Amended Complaint on 04/02/2025 *Doc. #(s)* 50*, served electronically to all parties via ECF* on 04/02/2025.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the second amended complaint herein. The default of the defendant(s) is/are hereby noted**

**Dated: New York, New York**
August 18 **, 202**6

**TAMMI M. HELLWIG**
**Clerk of Court**

**By:** Nezam Dulal
**Deputy Clerk**