**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVE DEANE, and DAVID WEISS,

Defendants.

23 Civ. 05382 (KMK)

**DEFAULT JUDGMENT**

This action having been commenced on 06/26/2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants:

J.D. WORKFORCE, INC., on 06/29/2023 by Service through the Department of State, and a proof of service having been filed on 07/05/2023. Defendant J.D. WORKFORCE, INC. appeared in this action through counsel on 08/30/2023. Plaintiffs filed a Second Amended Complaint on 04/02/2025, served electronically to all parties via ECF on 04/02/2025 and the defendant not having answered the Second Amended Complaint, and the time for answering the Complaint having expired, and

STEVE DEANE, on 06/30/2023 by personal service, and a proof of service having been filed on 07/21/2023. Defendant Steve Deane appeared in this action through counsel on 08/30/2023. Plaintiffs filed a Second Amended Complaint on 04/02/2025, served electronically to all parties via ECF on 04/02/2025 and the defendant not having answered the Second Amended Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants as to liability. Determination of the amount of damages, liquidated damages, interest, attorneys' fees, costs, and disbursements to be awarded against Defendants J.D. Workforce, Inc. and Steve Deane is reserved and shall be determined concurrently with any damage determination against the non-defaulting Defendants or referred for an inquest to be scheduled following the resolution of Plaintiffs' claims against the non-defaulting Defendants

SO ORDERED.

Dated: White Plains, New York

______________________

____________________________________

**HON. KENNETH M. KARAS**
United States District Judge

This Document was entered on the docket on
____________________ .