**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

23 Civ. 05382 (KMK)

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVE DEANE, and DAVID WEISS,

Defendants.

**PLAINTIFFS' STATEMENT OF DAMAGES**

Plaintiffs Jose Huerta, Vinicio Mera, Jose Florez, and Elvia Borja respectfully submit this Statement of Damages in support of their motion for a default judgment against Defendants J.D. Workforce, Inc. and Steve Deane.

Plaintiffs do not presently seek a determination or award of damages against the defaulting Defendants. Instead, Plaintiffs seek the entry of a default judgment as to liability only.

The Second Amended Complaint claims that Defendants J.D. Workforce, Inc. and Steve Deane, together with Defendants Marav Monsey LLC d/b/a Bingo Wholesale and David Weiss, acted as Plaintiffs' joint employers and are jointly and severally liable for the wage and hour and disability discrimination claims asserted in this action. The claims against Defendants Marav Monsey LLC and David Weissremain remain pending.

Accordingly, Plaintiffs respectfully request that the Court reserves the determination of all damages, including but not limited to:

a) unpaid wages;

b) overtime compensation;

c) statutory damages for wage notice and wage statement violations;

d) compensatory damages;

e) emotional distress damages;

f) liquidated damages;

g) punitive damages;

h) prejudgment and post-judgment interest;

i) attorneys' fees and costs; and

j) any other relief authorized by statute or otherwise permitted by law.

until the resolution of Plaintiffs' claims against the non-defaulting Defendants, or, in the alternative, until such later inquest as the Court may direct.

Deferring the determination of damages will avoid inconsistent or duplicative damages determinations while permitting the Court to enter judgment establishing the liability of the defaulting Defendants.

Dated: New York, New York
August 19, 2026

Respectfully submitted,

By: *<u>/s/ Agnes F. Lopez</u>*
Agnes F. Lopez
KATZ MELINGER PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
Telephone: (212) 460-0047
Facsimile: (212) 428-6811
aflopez@katzmelinger.com
*Attorneys for Plaintiffs*