UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ, ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

-----------------------------------------------------------------X

Civ. Action. No. 7:23-cv-05382-KMK

**ATTORNEY'S DECLARATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Paula Lopez hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the law firm Allyn & Fortuna LLP, attorneys for Defendants/Cross-Claimants MARAV MONSEY LLC d/b/a BINGO WHOLESALE ("Bingo Wholesale") and DAVID WEISS ("Weiss") (collectively referred to as "Bingo Defendants"), and submit this Declaration in support of Defendants'/Cross-Claimants' request for a Certificate of Default for co-defendant J.D.WORKFORCE, INC. ("J.D. Workforce"), in connection with Defendants'/Cross-Claimants' anticipated motion for default judgment with respect to their cross claim against Co-Defendant J.D. Workforce, pursuant to Rule 55 (b)(2) of the Federal Rules of Civil Procedure.

2. The action was commenced by Plaintiffs JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA (collectively referred to as "Plaintiffs") on or about June 26, 2023. (ECF Doc. # 1).

3. The Summons and Complaint were served on defendant J.D. Workforce on June 29, 2023 through service on its authorized agent. (ECF Doc. # 13).

4. Defendant JD Workforce, Inc. appeared in this action through its attorney, Emanuel Kataev, Esq., who filed a notice of appearance on August 30, 2023 (ECF Doc. # 21).

5. Bingo Defendants filed an Answer to the Complaint on September 20, 2023 which asserted a crossclaim against J.D. Workforce for contractual indemnification. (ECF Doc. # 26).

6. Plaintiff filed a First Amended Complaint on October 17, 2023. (ECF Doc. # 30).

7. Bingo Defendants filed an Answer to the Amended Complaint on October 31, 2023, which asserted a Crossclaim against J.D. Workforce for contractual indemnification. (ECF Doc. # 32).

8. Defendants J.D. Workforce and Steve Deane filed a motion to dismiss the Amended Complaint on April 5, 2024. (ECF Doc. #s 45 and 46).

9. This Court denied Defendants motion to dismiss by Opinion and Order dated March 3, 2025. (ECF Doc. # 48).

10. On April 2, 2025, Plaintiffs filed a Second Amended Complaint. (ECF Doc. # 50).

11. On April 3, 2025, Defendants filed a Notice of Appeal (ECF Doc. # 53), which was terminated on January 6, 2026.

12. On April 23, 2025, Bingo Defendants filed their Answer to the Second Amended Complaint and asserted a Crossclaim against J.D. Workforce for contractual indemnification. (ECF Doc. # 60).

13. Defendant J.D. Workforce was served with a copy of Bingo Defendants' Answer to the Second Amended Complaint and Crossclaim via electronic notice to its counsel via ECF.

14. On May 6, 2025, counsel for defendant J.D. Workforce and Steve Deane appeared on their behalf for a status conference, resulting in mediation referral order. (ECF Doc. # 62).

15. Pursuant to Rule 12 (a)(1)(B), J.D. Workforce was required to serve an answer to the crossclaim within twenty-one (21) days of being served with Bingo Defendants' Answer to the Second Amended Complaint with Crossclaim.

16. Defendant J.D. Workforce did not answer or otherwise respond to Bingo Defendants' crossclaim, did not file an Answer to the Second Amended Complaint, nor did it ever request an extension of its time to respond.

17. On August 17, 2026 Plaintiffs filed a motion seeking Certificates of Default against defendants J.D. Workforce and Steve Deane and, on August 17, 2026, the Clerk of the Court issued Certificates of Default against the Defendants. (ECF Doc. Nos. 80 and 81).

18. Defendant J.D. Workforce, a corporate entity, is not an infant or incompetent, nor is it in active military service.

19. Bingo Defendants vigorously deny any liability to Plaintiffs on the claims asserted in the Second Amended Complaint. However, in the event they are found liable to Plaintiffs, which they deny, Defendants/Cross-Claimants Bingo Defendants are entitled to indemnification from Defendant J.D. Workforce, as set forth in their crossclaim.

20. Accordingly, declarant respectfully requests that the default of defendant J.D. Workforce be noted and a Certificate of Default be issued with respect to the crossclaim asserted by Bingo Defendants pursuant to Rule 55(a).

Dated: August 20, 2026
New York, New York

Respectfully submitted,

By: /s/ *Paula Lopez*_________

Paula Lopez, Esq.
Allyn & Fortuna LLP
*Attorneys for Bingo Defendants*
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)