UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Case No. 23-CV-05382 (KMK)
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.
-----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Paula Lopez, attorney for defendants MARAV MONSEY LLC d/b/a BINGO WHOLESALE and DAVID WEISS, certify, under the penalties of perjury, that defendants MARAV MONSEY LLC d/b/a BINGO WHOLESALE's and DAVID WEISS's Request for Clerk's Certificate of Default, together with the Declaration in Support thereof, was served upon defendant J.D. Workforce, Inc. have been served electronically via ECF on August 20, 2026, and mailed to the last known address of defendant J.D. Workforce, Inc., addressed as follows:

J.D. Workforce, Inc.
10460 Lefferts Blvd.
Queens, New York 11419

Dated: New York, New York
August 20, 2026

By: */s/ Paula Lopez*_________
Paula Lopez, Esq.