UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Case No. 23-CV-05382 (KMK)
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

**CLERK'S CERTIFICATE OF DEFAULT**

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.
-------------------------------------------------------------------X

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 26, 2023 with the filing of a Summons and Complaint, copies of which were served on Defendant J.D. Workforce, Inc., by personal service on June 29, 2023, and proof of services was therefore filed on July 5, 2023 (ECF Doc. # 13). Defendant J.D. Workforce, Inc. appeared in this action through counsel on August 30, 2023 (ECF Doc. # 21). Plaintiffs filed a Second Amended Complaint on April 2, 2025 (ECF Doc. # 50), served electronically to all Defendants via ECF on April 2, 2025.

Defendants Marav Monsey LLC d/b/a Bingo Wholesale and David Weiss filed an Answer to the Second Amended Complaint with Crossclaim on April 23, 2025 (ECF Doc. # 60), served electronically to defendant J.D. Workforce via ECF on April 23, 2025.

I further certify that the docket entries indicate that defendant J.D. Workforce, Inc. has not filed an answer or otherwise moved with respect to the crossclaim asserted in the Answer to the Second Amended Complaint. The default of the defendant J.D. Workforce, Inc. is hereby noted.

Dated: New York, New York
August 21, 2026

TAMMI M. HELLWIG
Clerk of Court

By: ______________________
Deputy Clerk