**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

- against -

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVE DEANE, and DAVID WEISS,

Defendants.

---

23 Civ. 05382 (KMK)

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

Upon the Affidavit of Plaintiffs' counsel dated August 17, 2026, the Statement of Damages, the Proposed Default Judgment as to Liability, the pleadings and proceedings previously had herein, and upon all prior proceedings in this action, it is hereby,

**ORDERED**, that Defendants J.D. Workforce, Inc. and Steve Deane show cause before the Honorable Kenneth M. Karas, United States District Judge, telephonically via the Court's conference line at 605 472 5160 (access code 4653066) ~~in Courtroom 521 of the United States Courthouse, 300 Quarropas Street, White Plains, New York~~, on the 2 day of September, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, why an Order should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure:

**1.** Entering a default judgment as to liability only against Defendants J.D. Workforce, Inc. and Steven Deane on the First through Fifth Causes of Action of the Second Amended Complaint, and, as to Plaintiff Jose Huerta, on the Sixth and Seventh Causes of Action;

**2.** Deferring the determination of unpaid wages, overtime compensation, statutory damages, compensatory damages, back pay, emotional distress damages, liquidated

damages, punitive damages, prejudgment interest, attorneys' fees and costs, or such later inquest as the Court deems appropriate; and

**3.** Granting such other and further relief as the Court deems just and proper.

**ORDERED**, that service of a copy of this Order to Show Cause, together with the papers upon which it is based, shall be made upon Defendants J.D. Workforce, Inc. and Steven Deane in accordance with Local Civil Rule 55.2 by mailing copies to their last known addresses on or before August 26, 2026, and such service shall be deemed good and sufficient; and it is further

**ORDERED**, that any opposition papers shall be filed and served on or before August 28, 2026; and it is further

**ORDERED**, that any reply papers shall be filed and served on or before September 1, 2026.

DATED: White Plains, New York
ISSUED: August 24, 2026

**HON. KENNETH M. KARAS**
United States District Judge