UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ, ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

-------------------------------------------------------------------X

Civ. Action. No. 7:23-cv-05382-KMK

**ORDER TO SHOW CAUSE**

Upon the Declaration of Paula Lopez, Esq. dated August 25, 2026 and the exhibits attached thereto, the annexed Clerk's Certificate of Default against J.D. Workforce, Inc., the Statement of Damages, and the Proposed Default Judgment as to liability, it is hereby,

ORDERED that Defendant J.D. Workforce, Inc. show cause before the Honorable Kenneth M. Karas, United States District Judge in Courtroom 521 of the United States District Court, located at 300 Quarropas Street, White Plains, New York 10601, on the _____ day of September, 2026, at ________ a.m./p.m., or as soon as counsel can be heard, why an Order should not be entered in favor of Defendants/Cross-Claimants Marav Monsey LLC and David Weiss, directing that a default judgment, as to liability, be entered against defendant J.D. Workforce, Inc. pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rules 55.1 and 55.2 if the Local Civil Rules for the Southern District of New York, and for such further relief as the Court deems just and proper; it is further

ORDERED that service of a copy of this Order to Show Cause, together with the papers upon which it is based, shall be served upon defendant J.D. Workforce, Inc. in accordance with Local Civil Rule 55.2 by mailing copies its last known address on or before August ___, 2026, and such service shall be deemed good and sufficient; and it is further,

ORDERED, that any opposition papers shall be filed and served on or before August ___, 2026; and, it is further

ORDERED that any reply papers shall be filed and served on or before _________, 2026.

Dated: White Plains, New York

Issued: __________________

ENTER:

________________________________
HON. KENNETH M. KARAS, U.S.D.J.