UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ, ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

------------------------------------------------------------------X

Civ. Action. No. 7:23-cv-05382-KMK

**DEFAULT JUDGMENT**

This action having been commenced by Plaintiffs JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA on June 26, 2023 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been duly served on defendant J.D. Workforce, Inc. on June 29, 2023 by service through the Department of State, and proof of service having been filed by Plaintiff on July 5, 2023. Defendant J.D. Workforce, Inc. appeared in this action through counsel on August 30, 2023.

On April 2, 2025, Plaintiffs filed a Second Amended Complaint, and on April 23, 2025, defendants Marav Monsey LLC and David Weiss filed their Answer to the Second Amended Complaint and asserted a Crossclaim against J.D. Workforce for contractual indemnification. A copy of defendants Answer to the Second Amended Complaint and Cross-Claim was served on all parties via ECF, and defendant J.D. Workforce, Inc.'s time to respond to the Cross-Claim having expired, it is

ORDERED, ADJUDGED AND DECREED: that Defendants/Cross-Claimants have judgment in their favor against Defendant J.D. Workforce, Inc., and that defendant J.D. Workforce, Inc. is liable to Defendants/Cross-Claimants on their claim for contractual indemnification.

Dated: White Plains, New York

Issued: __________________

ENTER:

________________________________
HON. KENNETH M. KARAS, U.S.D.J.