UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, and JOSE FLOREZ, ELVIA BORJA, individually and on behalf of all others similarly situated,

Civ. Action. No. 7:23-cv-05382-KMK

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

-----------------------------------------------------------------X

**DEFENDANTS' STATEMENT OF DAMAGES**

Defendants Marav Monsey LLC and David Weiss ("Bingo Defendants/Cross-Claimants") respectfully submit this Statement of Damages in support of their motion for a default judgment against defendant J.D. Workforce, Inc.

Presently, Bingo Defendants/Cross-Claimants seek only a judgment on liability with respect to their claim for contractual indemnification against defendant J.D. Workforce, Inc., as set forth in the Crossclaim asserted in their Answer to the Second Amended Complaint.

The indemnification provision contained in the Staffing Services Agreements entered into between Bingo Defendants and J.D. Workforce, Inc. obligate, J.D. Workforce Inc. to indemnify Bingo Defendants/Cross-Claimants in connection with any:

> claims, demands, damages, actions, causes of action, suits, losses, judgments, obligations and any liabilities, costs, and expenses ("Claims") including, but not limited to … Workforce's failure to comply with any federal, state and local law applicable to the Workforce Employees (including those regulating hours of work, the payment of minimum wages, overtime, the provision of wage notices, and employment discrimination), as well as for investigative and repair costs, attorneys' fees, and costs, and consultant fees associated with such Claims, which arise or are in any way connected with the work performed, … or provided to the Customer by Workforce, or the Workforce Employees supplied by Workforce.

To the extent that Plaintiffs' claims against Bingo Defendants/Cross-Claimants arise from J.D. Workforce's alleged violations of federal and state law, J.D. Workforce, Inc. is liable to Bingo Defendants for the full amount of any judgment Plaintiffs may recover against them, if any, together with Bingo Defendants' attorneys' fees and costs expended in connection with this Action. As there has been no damages determination by this court on Plaintiffs' claims, a determination of Bingo Defendants'/Cross-Claimants' recoverable damages against defendant J.D. Workforce, Inc. should be deferred until such later date, as deemed appropriate by this Court.

Dated: August 25, 2026
New York, New York

Respectfully submitted,

By: /s/ *Paula Lopez*__________

Paula Lopez, Esq.
Allyn & Fortuna LLP
*Attorneys for Bingo Defendants*
400 Madison Avenue, Suite 10D
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)