ALLYN & FORTUNA LLP

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE: (212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

August 25, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Jose Huerta, et al. v. J.D. Workforce, Inc. et al.**
**Case No. 23-cv-05382-KMK**

Dear Judge Karas:

This firm represents Defendants Marav Monsey LLC and David Weiss (collectively, "Bingo Defendants") in the above-referenced action.

I write pursuant to Section 1(C) of Your Honor's Individual Rules of Practice to respectfully request an adjournment of the return date on Plaintiff's Order to Show Cause for a Default Judgment scheduled by the court for September 2, 2026 (ECF Doc. No. 91). The reason for the requested adjournment is that I am scheduled to be on vacation next week, returning on September 8, 2026, and due to scheduling conflicts, other attorneys from my firm with familiarity of this case are also unavailable to appear on September 2, 2026. In addition, Bingo Defendants are also seeking a default judgment against Defendant J.D. Workforce, Inc. in connection with their crossclaim for contractual indemnification. Bingo Defendants' Order to Show Cause and supporting documents were filed earlier today (ECF Doc. Nos. 92-95) and are pending review by the Clerk's Office. If following the clerk's office review, Bingo Defendants' filing is approved and sent to Chambers, it is submitted that joint consideration of Plaintiffs' Order to Show Cause and Bingo Defendants' Order to Show Cause would preserve judicial resources, as they both seek a default judgment as to liability against defendant J.D. Workforce, Inc.[1]

This is the first request for an adjournment and I have spoken with Plaintiffs' counsel regarding Bingo Defendants' default motion and our request for an adjournment and that both motions be heard together, and Plaintiffs' counsel consents to my request. Counsel for Plaintiffs and I are available September 17, 2026 or such later date set by the Court.

[1] Plaintiff is also seeking a default judgment as to liability against Steven Deane.

Please let me know if you have any questions or require additional information to consider this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Paula Lopez

cc: All parties (via ECF)