UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV USA LLC d/b/a BINGO WHOLESALE, HAMWATTIE BISSOON, STEVEN DEANE, and DAVID WEISS,

Defendants.
---------------------------------------------------------------X

**Case No.: 7:23-cv-5382 (KMK) (AEK)**

**NOTICE OF CROSS-MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Emanuel Kataev, Esq., the Memorandum of Law in Opposition to Plaintiffs' Motion for Default Judgment and in Support of Defendants' Cross-Motion, and all prior pleadings and proceedings herein, Defendants J.D. Workforce, Inc. and Steven Deane, by their undersigned counsel, will cross-move this Court, before the Honorable Kenneth M. Karas, U.S.D.J., for an Order pursuant to Rule 55(c) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"):

1. vacating and setting aside the Clerk's Certificates of Default entered against J.D. Workforce, Inc. and Steven Deane at ECF Nos. 80 and 81;

2. vacating and setting aside the Clerk's Certificate of Default entered against J.D. Workforce, Inc. at ECF No. 90;

3. denying the pending applications for default judgment against J.D. Workforce, Inc. and Steven Deane;

4. permitting J.D. Workforce, Inc. and Steven Deane to file responsive pleadings within such time as the Court directs; and

5. granting such other and further relief as this honorable Court deems just, equitable, and proper.

Dated: Jamaica, New York
August 28, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*___
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*J.D. Workforce, Inc.*
*and Steve Deane*