ALLYN & FORTUNA LLP

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

September 3, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: Jose Huerta, et al. v. J.D. Workforce, Inc. et al.**
**Case No. 23-cv-05382-KMK**

Dear Judge Karas:

This firm represents Defendants Marav Monsey LLC and David Weiss (collectively, "Bingo Defendants") in the above-referenced action.

On August 25, 2026, the Bingo Defendants submitted a Proposed Order to Show (Doc No. 92). On August 26, 2026, the Clerk's Office noted the Proposed Order to Show Cause was reviewed and approved as to form.

I write to quickly follow up on the status of the Proposed Order to Show Cause (Doc No. 92).

Thank you for your consideration.

Respectfully submitted,

/s/

Paula Lopez

cc: All parties (via ECF)