UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Case No. 23-CV-05382 (KMK)
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.
-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Paula Lopez, attorney for defendants MARAV MONSEY LLC d/b/a BINGO WHOLESALE and DAVID WEISS, certify, under the penalties of perjury, that the Order to Show Cause signed by Hon. Kenneth M. Karas on September 4, 2026, Proposed Default Judgment Order, Statement of Damages, Declaration of Paula Lopez, with exhibits annexed thereto, and the Memo Endorsement dated August 26, 2026, all of which were electronically served on JD Workforce, Inc. at time of filing via ECF were also served upon J.D. Workforce, Inc. via mail on September 8, 2026 to the last known address of defendant J.D. Workforce, Inc., addressed as follows:

J.D. Workforce, Inc.
10460 Lefferts Blvd.
Queens, New York 11419

Dated: New York, New York
September 8, 2026

By: /s/ *Paula Lopez*__________
Paula Lopez, Esq.