UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Case No. 23-CV-05382 (KMK)
JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.
-------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, Paula Lopez, attorney for defendants MARAV MONSEY LLC d/b/a BINGO WHOLESALE and DAVID WEISS, certify, under the penalties of perjury, that the Declaration of Paula Lopez, Esq. in Opposition to J.D Workforce Inc.'s Cross-Motion dated September 15, 2026, which was electronically served on JD Workforce, Inc. at time of filing via ECF was also served upon J.D. Workforce, Inc. via mail on September 15, 2026 to the last known address of defendant J.D. Workforce, Inc., addressed as follows:

J.D. Workforce, Inc.
10460 Lefferts Blvd.
Queens, New York 11419

Dated: New York, New York
September 15, 2026

By: /s/ *Paula Lopez*__________
Paula Lopez, Esq.