**Sage Legal LLC**

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 22, 2026

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Kenneth M. Karas, U.S.D.J.
300 Quarropas Street, Courtroom 521
White Plains, NY 10601-4150

***Re:*** **Huerta, *et al.* v. J.D. Workforce, Inc., *et al.***
**Case No.: 7:23-cv-5382 (KMK) (AEK)**

Dear Judge Karas:

This firm represents Defendants J.D. Workforce, Inc. ("JD Workforce") and Steven Deane ("Deane") (collectively, the "Defendants") in the above-referenced case. In accordance with the Court's directive at the September 17, 2026 default hearing (see Minute Entry dated September 17, 2026), Defendants respectfully submit the enclosed updated proposed Order concerning the hearing scheduled for today, October 22, 2026, at 2:00 P.M., and respectfully request leave for the undersigned to appear at today's hearing telephonically.

The reason for this request is that, despite diligent and repeated efforts, the undersigned has been unable to reach any of Defendants since the September 17, 2026 hearing, and therefore is not in a position to produce a client representative or to provide the Court with any new information on Defendants' behalf. In the interest of conserving the Court's and the parties' resources, the undersigned respectfully submits that a telephonic appearance is appropriate.

In addition to communications directed to JD Workforce, the undersigned undertook the following independent investigative efforts to locate Deane:

(i) the undersigned called the telephone numbers associated with Deane in a public records search, without success;

(ii) on September 25, 2026, the undersigned sent an e-mail to the address associated with Deane in a public records search, stevedeane2002@yahoo.com, which was returned the same day as undeliverable ("mailbox not found"); and

(iii) the undersigned's office manager, Benjamin Grushovskiy, visited an address in Queens where Deane may reside, 170-10 104th Avenue, Jamaica, New York 11433, whereupon the individuals inside refused to answer the door.

To date, none of these efforts has resulted in any contact with Deane. The undersigned will continue his efforts to reach Defendants and will promptly advise the Court of any developments. In light of the foregoing, your undersigned will also move to withdraw as counsel.

Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
October 22, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
_/s/ Emanuel Kataev, Esq.___
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*J.D. Workforce, Inc.*
*and Steven Deane*

Enclosure

**VIA ECF**
Katz Melinger PLLC
Attn: Nicole D. Grunfeld & Agnes F. Lopez, Esqs.
370 Lexington Avenue, Suite 1512
New York, NY 10017-0045
ndgrunfeld@katzmelinger.com
aflopez@katzmelinger.com

*Attorneys for Plaintiffs*
*Jose Huerta,*
*Vinicio Mera,*
*Jose Florez, and*
*Elvia Borja*

**VIA ECF**
Allyn & Fortuna LLP
Attn: Nicholas Fortuna, Paula Lopez & Han Lin Rong, Esqs.
400 Madison Avenue
Suite 10D
New York, NY 10017
nfortuna@allynfortuna.com

*Attorneys for Defendants*
*Marav Monsey LLC d/b/a Bingo Wholesale and David Weiss*