UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOSE HUERTA, VINICIO MERA, JOSE FLOREZ, and ELVIA BORJA, *individually and on behalf of all others similarly situated,*

Plaintiffs,

-against-

J.D. WORKFORCE, INC., MARAV MONSEY LLC d/b/a BINGO WHOLESALE, STEVEN DEANE, and DAVID WEISS,

Defendants.

---------------------------------------------------------------X

**Case No.: 7:23-cv-5382 (KMK) (AEK)**

**[PROPOSED] ORDER**

Upon the proceedings held before this Court on September 17, 2026, and the letter of counsel for Defendants J.D. Workforce, Inc. and Steven Deane dated October 22, 2026, it is hereby

**ORDERED** that Defendants J.D. Workforce, Inc., through an authorized corporate representative, and Steven Deane shall appear in person before the Hon. Kenneth M. Karas, United States District Judge, on October 22, 2026, at 2:00 P.M. (Eastern Time), in Courtroom 521 of the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601; and it is further

**ORDERED** that counsel for Defendants J.D. Workforce, Inc. and Steven Deane is permitted to appear at the same hearing telephonically; and it is further

**ORDERED** that all other parties and/or their counsel shall appear at the same hearing telephonically via the Court's conference line at (605) 472-5160 (access code 4653066), or as otherwise directed by the Court.

**SO ORDERED.**

Dated: White Plains, New York
____________________, 2026

______________________________
HON. KENNETH M. KARAS, U.S.D.J.