KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
WWW.KATZMELINGER.COM

Agnes F. Lopez
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
aflopez@katzmelinger.com

November 6, 2026

**<u>Via ECF</u>**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re:** ***Huerta et al v. J.D. Workforce, Inc. et al***
**<u>Civil Action No. 7:23-cv-05382-KMK</u>**

Your Honor:

We represent Plaintiffs in the above-captioned matter, and write jointly with Emanuel Kataev, counsel for Defendants J.D. Workforce, Inc. and Steve Deane, and Paula Lopez, counsel for Defendants Marav Monsey LLC d/b/a Bingo Wholesale and David Weiss, pursuant to the Court's Order dated October 22, 2026, we respectfully submit the following proposed return dates:

- November 30, 2026;
- December 1, 2026 in the afternoon (2:00 PM or later); and
- December 2, 2026 in the afternoon (2:00 PM or later).

We thank the Court for its time and attention to this matter.

The return date and time is 12/ 1 /26, at 2:30

So Ordered.

11/6/26

Respectfully submitted,

*/s/ Agnes F. Lopez*
Agnes F. Lopez

CC: All Parties via ECF